IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-1044 |
| | ) |
| INDIANA UNIVERSITY OF PENNSYLVANIA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**AND NOW,** this 31st day of October, 2022, upon consideration of Defendant Indiana University of Pennsylvania's Motion to Dismiss [12] and supporting documents, as well as Plaintiff Henry Webb's Response [19] in opposition, wherein he requests an opportunity to amend his Complaint,

IT IS HEREBY ORDERED that Plaintiff is granted leave to amend his complaint by November 14, 2022;

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss [12] is hereby denied, as moot, without prejudice.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior United States District Judge

cc/ecf: Counsel of record

1